15467. FUQUA v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence and the special grounds of the motion for a new trial are without substantial merit.. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Conviction of assault and battery; from Bibb superior court—Judge Malcolm D. Jones. February 23, 1924.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.